UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-09373-AH-DMKx | Date | November 12, 2026 |
| Title | *Sthefany Magadan v. Innerchange OPI, LLC et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE SUBJECT MATTER JURISDICTION**

A court must have subject-matter jurisdiction before it can resolve a case. *Lightfoot v. Cendant Mortg. Corp.*, 580 U.S. 82, 95 (2017). A defendant may remove a case to federal court if there is subject matter jurisdiction. *See* 28 U.S.C. § 1441. Federal district courts have original subject matter jurisdiction over cases presenting a federal question or cases satisfying the requirements for diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332. To remove based on diversity of citizenship, there must be "complete diversity between all plaintiffs and all defendants," *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005), and the amount in controversy must exceed $75,000, *see* 28 U.S.C. § 1332.

The notice of removal asserted that removal was proper based on diversity of citizenship. *See* Dkt. No. 1 at 4. At all relevant times, Plaintiff was a citizen of California. Compl. ¶ 8, Dkt. No. 1-2. Defendant Innerchange OPI is an LLC. Penhallegon Decl. ¶ 3, Dkt. No. 1-8. An LLC is a citizen of every state of which its owners and members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The declaration states that "Defendant's sole owner and member is Solacium Holdings, LLC, a Delaware entity with its principal place of business located in the State of Arizona." Penhallegon Decl. ¶ 4. But since Solacium Holdings is an LLC, the Defendant must identify the owners

and members of that LLC. If a member of an LLC is another LLC, Defendant identify every member of every LLC along with the members' citizenships. *See Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011).

The Court orders Defendant to show cause why the case should not be remanded for lack of jurisdiction. Defendant shall file a written response within 7 days either acknowledging that the Court lacks diversity jurisdiction or establishing that jurisdiction is proper based on diversity of citizenship. Plaintiff may respond to Defendant's response within seven days of its filing. The Court vacates the scheduling conference set for November 19, 2026.

**IT IS SO ORDERED.**